SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:07-70607-EMC |
|    Plaintiff, | ) | |
| v. | ) | NOTICE OF SUBSTITUTION |
| BRUCE NHOUTHAKITH, | ) | |
|    Defendant. | ) | |

     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

     PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Erika R. Frick, Assistant United States Attorney, and to withdraw the appearance of Kyle Waldinger, the Assistant United States Attorney who was formerly assigned to represent the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be

No. 3:07-70607-EMC
NOTICE OF SUBSTITUTION               1

1  directed to AUSA Erika R. Frick at the above mailing address, telephone number, facsimile
2  number, and e-mail address.
3      Please also take notice that, from the date of this request, service on the United States of
4  America should be made on Ms. Frick only.  Please amend your service lists accordingly.  While
5  Brian Stretch, Chief of the Criminal Division, and Scott N. Schools, United States Attorney, will
6  appear on the pleadings with Ms. Frick, no service need be made on them.

8  DATED:  October 25, 2007              Respectfully submitted,

9                                        SCOTT N. SCHOOLS
                                          United States Attorney

12                                        _____/s/_____
                                          ERIKA R. FRICK
                                          Assistant United States Attorney

No. 3:07-70607-EMC
NOTICE OF SUBSTITUTION              2